1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  PAUL SACHELARI
   Special Assistant United States Attorney
4      Social Security Administration
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone:  (415) 977-8933
6      Facsimile:  (415) 744-0134
       E-Mail: paul.sachelari@ssa.gov
7
   Attorneys for Defendant
8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     WESTERN DIVISION

12

13  JANETTE DUENAS,                )
                                   )     No. CV 11-7244 AGR
14       Plaintiff,                )
                                   )     JUDGMENT OF REMAND
15          v.                     )
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18       Defendant.                )
                                   )
19  _____ )

20       The Court having approved the parties' Stipulation to Voluntary Remand Pursuant

21  to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand")

22  lodged concurrent with the lodging of the within Judgment of Remand.

23       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-

24  captioned action is remanded to the Commissioner of Social Security for further

25  proceedings consistent with the Stipulation of Remand.

26

27  Dated: January 12, 2012     _____

28                              HON. ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE